ERIC J. AMDURSKY (S.B. #180288)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone: (650) 473-2600
Facsimile: (650) 473-2601
E-Mail: eamdursky@omm.com
mamaral@omm.com

ADAM P. KOHSWEENEY (S.B. #229983)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-Mail: akohsweeney@omm.com

Attorneys for Plaintiff
SOA SOFTWARE, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| SOA SOFTWARE, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT HOERTZ, an individual; AXION SOLUTIONS, INC., a California corporation; and KAREN MILLS, an individual, <br><br> Defendant. | Case No. SA CV 06-0634-DOC (ANx) <br><br> **STIPULATION AND [PROPOSED] JUDGMENT** |

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 2 0 2007

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

Priority
Send
Clsd
Enter
JS-5/JS-6
JS-2/JS-3

DOCKETED ON CM

FEB 2 0 2007

024

LODGED

IT IS HEREBY STIPULATED by and between plaintiff SOA Software, Inc. ("SOA") and defendant Robert Hoertz ("Hoertz"), through the undersigned counsel for SOA and Hoertz, that:

1.    Judgment shall be taken, and hereby is taken, in favor of SOA and against Hoertz in the total amount of $75,000.00, payable as follows: the first $25,000.00 on or before February 24, 2007; the second $25,000.00 on or before July 24, 2007; and the third $25,000.00 on or before January 24, 2008;

2.    For a period of one year following the entry of this Judgment, Hoertz shall be enjoined, and hereby is enjoined, from directly or indirectly soliciting, enticing, or inducing any current employee of SOA (including any employee of its subsidiary, Thought Digital, Inc. ("TDI") (which operates SOA's Oracle consulting services business on the east coast)), to terminate his or her employment with SOA or TDI, or perform services for a third party other than SOA or TDI (whether as a principal, employee, consultant, independent contractor, or otherwise);

3.    For a period of one year following the entry of this Judgment, Hoertz shall be enjoined, and hereby is enjoined, from using or disclosing to any person or entity any of the trade secrets or confidential information of SOA. For purposes of this Judgment, confidential information shall include all information relating to SOA's inventions, products, designs, methods, know-how, techniques, systems, process, software programs, works of authorship, customer lists, plans for research, development, new products, marketing and selling, business plans, budgets and unpublished financial statements, licenses, prices and costs, suppliers and customers, and information regarding the skill and compensation of employees of SOA (including employees of TDI).

STIPULATION AND
[PROPOSED] JUDGMENT
(SA CV 06-0634-DOC (ANX))

4.      Nothing in this judgment is intended to relieve Hoertz of his continuing obligations to SOA under the Employee Non-Disclosure, Assignment of Developments, and Non-Solicitation Agreement, dated June 10, 2005 (the "NDA"), and the Proprietary Information and Invention Agreement, dated June 10, 2005 (the "PIIA"), that Hoertz entered into with SOA.

IT IS SO STIPULATED.

Dated: ~~January~~ February 17, 2007

O'MELVENY & MYERS LLP
ERIC J. AMDURSKY
ADAM P. KOHSWEENEY

By: _____
        Eric J. Amdursky

Attorneys for Plaintiffs
SOA Software, Inc.

Dated: ~~January~~ February 12, 2007

RASKIN PETER RUBIN & SIMON, LLP
ARNOLD PETER

By: _____
        Arnold Peter

Attorneys for Defendant
Robert Hoertz

IT IS SO ORDERED.

Date: Feb. 19, 2007

_____
Hon. David O. Carter

NB1:706109.1

STIPULATION AND
[PROPOSED] JUDGMENT
(SA CV 06-0634-DOC (ANX))